Dear mr Sandra Hairston

I'm writing you to let you know that all the information you are asking me for in the letter you sent me I don't have with me I have been incarcerated for 10 mounth, and I won't to let you know that I won't my car. I also won't you to take in Congederation my Due process of the law, and my fifth and foerteenth amendments rights. And answering these qustion gos aginst my fifth and foarteenth amendments.

Thank you.

Argenis Samuel Rivera-Alicea

GOVERNMENT EXHIBIT 2