

**United States Department of Justice**

*United States Attorney*
*Middle District of North Carolina*

---

101 South Edgeworth Street
Fourth Floor
Greensboro, North Carolina 27401

Phone (336) 333-5351
Criminal Fax (336) 333-5381

Civil Fax (336) 333-5257
Administration Fax (336) 333-5561

251 North Main Street
Suite 726
Winston-Salem, North Carolina 27101

Phone (336) 631-5268
Criminal Fax (336) 747-5207

January 25, 2022

Argenis Samuel Rivera-Alicea
Inmate ID # 377343
Davidson County Jail
P.O. Box 513
Lexington, NC 27292

Re: <u>U.S. v. 2016 Chevrolet Camaro SS Convertible, VIN 1G1FH3D79G0183851,</u>
Civil Case No.: 1:21CV00656

Dear Mr. Rivera-Alicea:

This letter concerns your response to the United States' First Set of Discovery Requests that we sent to you on December 17, 2021. We notified you, by letter dated January 5, 2022, that your recent, undated letter submitted to our office does not satisfy your obligations under the Federal Rules of Civil Procedure 33, 34, and 36 to respond to the United States' outstanding discovery requests, and informed you that you must fully and completely respond to those requests by January 21, 2022.

To date, we have not received a response from you. We therefore ask that you fully and completely respond to the United States' discovery requests by no later than **February 15, 2022**.

Finally, please note that your failure to fully and completely respond to the United States' discovery requests may result in the imposition of sanctions under Rule 37, which at the Court's discretion, may include dismissal of your claim.

Very truly yours,

SANDRA J. HAIRSTON
United States Attorney

Nathan L. Strup
Assistant United States Attorney

NLS/adl

**GOVERNMENT EXHIBIT 4**