IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:21-CV-656 |
| 2016 CHEVROLET CAMARO SS CONVERTIBLE, VIN 1G1FH379G0183851, | ) | |
| Defendant. | ) | |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b), Doc. 17, and the Clerk served the Recommendation on the parties. *See* Doc. 18. The claimant Argenis Samuel Rivera-Alicea filed a handwritten response in which he states that he does not understand the "citation" and asks the Court to send documents to him in Spanish. Doc. 19. This response does not address the findings or analysis of the Magistrate Judge, nor does it address the claimant's continued non-compliance with previous court orders.

Mr. Rivera-Alicea has not previously indicated a problem understanding the pleadings. *See, e.g.*, Docs. 6, 11-1. And courts have "no affirmative duty to provide . . . translations of court filings" in civil cases. *Zuniga v. Effler*, 474 F. App'x 225 (4th Cir. 2012) (per curiam) (unpublished); *see also Song v. Welch*, No. 9-CV-72, 2009 WL 10687727, at *2 (E.D.N.C. Apr. 24, 2009) ("[A] party in a civil case is not entitled to have its pleadings translated into English.").

After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the plaintiff's motion to strike the claimant's verified claim, Doc. 14, is **GRANTED** and the verified claim, Doc. 6, is **STRICKEN**.

This the 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE